## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV 15-6278 AB (JCG) | Date | January 21, 2016 |
|---|---|---|---|
| Title | *Patrick Ryan Washington v. Los Angeles Department of Transportations, et al.* | | |

---

| Present: The Honorable | **Jay C. Gandhi, United States Magistrate Judge** | |
|---|---|---|
| Kristee Hopkins | None Appearing | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**        **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**

On August 18, 2015, plaintiff Patrick Ryan Washington ("Plaintiff"), proceeding *pro se*, filed a civil rights complaint ("Complaint") pursuant to 42 U.S.C. § 1983. [Dkt. No. 1.] On December 15, 2015, the Court screened the Complaint, and found it wanting in several respects. [*See* Dkt. No. 7.] Accordingly, the Court dismissed the Complaint, but granted Plaintiff leave to amend within thirty days, *i.e.*, on or before January 14, 2016. [*Id.* at 9-10.] As of today, Plaintiff has yet to file a First Amended Complaint.

Accordingly, within **fourteen days** of the date of this Order, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. If Plaintiff files his First Amended Complaint within **fourteen days** of the date of this Order, he need not separately respond to this Order to Show Cause.

**Plaintiff is expressly warned that his failure to timely file a response will be deemed by the Court as consent to the dismissal of this action without prejudice.**

**IT IS SO ORDERED.**

cc: Parties of Record

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Clerk | | kh | |