JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK RYAN WASHINGTON,<br>Plaintiff,<br>v.<br>LOS ANGELES DEPARTMENT OF TRANSPORTATIONS, *et al.*,<br>Defendants. | Case No. LA CV 15-6278 AB (JCG)<br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: March 7, 2016

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE